Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 20,
2010.

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-10-00348-CV

___________________

 

LI XUE YI, Appellant

 

V.

 

NEW WEST CENTER, Appellee



 



 

On
Appeal from the 215th District Court

Harris County,
Texas



Trial Court Cause No. 2007-01042

 



 

 

MEMORANDUM
OPINION

This is an appeal from a judgment signed November 10,
2009.  On May 10, 2010, appellant filed a motion to dismiss the appeal because
the case has settled.   See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices
Brown, Sullivan, and Christopher.